■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE MILES, Appellant. [726 NYS2d 293] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 10, 2000 (*People v Miles*, 276 AD2d 566), affirming a judgment of the Supreme Court, Queens County, rendered March 28, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Ritter, J. P., S. Miller, Friedmann and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PACK, Appellant. [726 NYS2d 295] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered June 3, 1999, convicting him of murder in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion in denying the defendant's motion to withdraw his plea of guilty without holding a hearing (*see, People v Dickerson*, 163 AD2d 610).

The contentions raised by the defendant in his supplemental *pro se* brief are without merit. Santucci, J. P., S. Miller, Luciano, Feuerstein and Adams, JJ., concur.